Isaac Nutovic (IN-2076)
Nutovic & Associates
488 Madison Avenue – 16th Floor
New York, New York 10022
(212) 421-9100

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

In re:

MAYWOOD CAPITAL CORP., et al.,

                            Debtors

Chapter 11
Case No. 05-10987 (RDD)

# NOTICE OF APPEAL

      125TH STREET OWNER LLC. appeals, under 28 U.S.C. §158(a), from the final order of United States Bankruptcy Judge Robert D. Drain entered in the above captioned case on December 20, 2007, to the extent such order denies the motion of John S. Pereira, as Chapter 11 Trustee, for an order allowing the Trustee to sell to 125th Street Owner LLC certain real property and improvements located at 65-67 East 125th St., New York, 77 East 125th St., New York, New York, and 70 East 125th St., New York, New York (the "Properties"). The names of all parties to the order appealed from and the names, addresses and telephone numbers of their respective attorneys are as follows:

<u>Appellant</u>:
125th Street Owner LLC represented by:
Isaac Nutovic, Esq.
Nutovic & Associates
488 Madison Avenue
New York, NY 10022
(212) 421-9100
<u>Appellee:</u>

John S. Pereira, as Chapter 11 trustee of 65-67 East 125th Street Realty Corp, 77 East 125th Street Realty Co. and 79 East 125th Street LLC, represented by:
John P. Campo, Esq.
Dreier LLP
499 Park Ave
New York, New York 10022
(212) 328-6114

65-67 East 125th LLC., 77-79 E. 125th LLC., the SPC Entities and Bodden Funding Corporation, represented by:
Lawrence May, Esq.
Cole, Schotz, Meisel,
Forman & Leonard, P.A.
A Professional Corporation
900 Third Avenue
New York, New York 10022
(212) 752-8000

Commercial Mortgage Corporation represented by:
Kevin J. Nash, Esq.
Finkel, Goldstein, Rosenbloom & Nash, LLP.
26 Broadway, Suite 711
New York, New York 10004
(212) 344-2929

Dated: New York, New York
       December 28, 2007

                                          Nutovic & Associates
                                          Attorneys for 125th Street Owner LLC

                                          By:__*s/ Isaac Nutovic*____
                                             Isaac Nutovic (IN2076)
                                             488 Madison Ave, 16th Fl
                                             New York, New York 10022
                                             (212) 421-9100