John P. Campo (JC-5241)
John S. Kinzey (JK-4951)
Mark C. Haut (MH-0429)

DREIER LLP
499 Park Avenue
New York, New York 10022
Tel.:   (212) 328-6100
Fax:   (212) 328-6101

*Attorneys for Appellee, John S. Pereira,
Chapter 11 Trustee of Maywood Capital Corp.,*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
In re:                                                            :   Chapter 11 Cases
                                                                  :   Case No. 05-10987 (RDD)
MAYWOOD CAPITAL CORP., et al.,                                    :
                                                                  :   Jointly Administered
                         Debtors.                                 :   Case Nos. 04-17047, 05-10944
                                                                  :   to 05-10987, 05-11521, 05-11523
                                                                  :   and 05-1778 (RDD)
------------------------------------------------------------------x

### APPELLEE'S DESIGNATION
### OF ADDITIONAL ITEMS TO BE INCLUDED IN
### THE RECORD ON APPEAL BY 125TH STREET OWNER LLC

Appellee, John S. Pereira, Chapter 11 Trustee of Maywood Capital Corp., et al. (the "Trustee" or "Appellee"), pursuant to Rule 8006 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), hereby submits the following additional items to be included in the record on appeal herein, in connection with Appellant's appeal of the December 20, 2007 Order Approving Break-Up Fee for Rudd Development Group, LLC, in Connection with Chapter 11 Trustee's Proposed Sale of the Trustee's Right, Title and Interest of Certain Real Property and Improvements Located 65-67 East 125th St., New York, New York, 77 East 125th St., New York, New York, and 70 East 125th St., New

{00317342.DOC;}

York, New York, Free and Clear of Liens, Claims, Interests and Encumbrances, Pursuant to 11 U.S.C. §§363, 506(c) and 1146(c).

### ADDITIONAL DESIGNATION OF RECORD ON APPEAL

| Item No. | Date Filed | Docket No. | Description of Pleading |
|---|---|---|---|
| 1. | 11/30/07 | 474 | Order Granting Chapter 11 Trustee's Motion Seeking Court Approval of the Sale of Trustee's Right, Title and Interest of Certain Real Property and Improvements Located at 3 Bridle Path, Westhampton Beach, New York |
| 2. | — | — | Transcript Of Hearing Held On December 21, 2007 at 10:00 a.m. |

In accordance with Bankruptcy Rule 8006, Appellee has provided (or will provide, as applicable) copies of the items designated herein to the Clerk of the Bankruptcy Court.

WHEREFORE, Appellee respectfully requests that the Clerk of the Bankruptcy Court transmit this Additional Designation and the Record on Appeal to the Clerk of the United States District Court, District of New York.

Date:  New York, New York
       January 14, 2008

                                        DREIER LLP

                                        By:     s/John P. Campo
                                            John P. Campo (JC-5241)
                                            John S. Kinzey (JK-4951)
                                            Mark C. Haut (MH-0429)
                                            499 Park Avenu e
                                            New York, NY 10022
                                            Tel: 212-424-8000

2                                                                          {00317342.DOC;}