Feb 13 2008 6:01PM   Nutovic & Associates   212-421-8618   P.2
02-13-08;02:38PM;   ; # 2/ 2

Sandra Shapiro, Esq.
Shapiro & Shapiro, LLP
1300 Flatbush Avenue
Brooklyn, N.Y. 11210
(718) 434-8800

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------x

In re:

MAYWOOD CAPITAL CORP., et al.,

                Debtors.
----------------------------------------x

Bankruptcy Appeal

Case No. 08 cv 00942(DC)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/14/2008

### WITHDRAWAL AND SUBSTITUTION OF COUNSEL

IT IS HEREBY CONSENTED THAT, pursuant to Local Rule 1.4, Isaac Nutovic of Nutovic and Associates, hereby withdraws as counsel of record for Appellant, 125th Street Owner LLC ("Plaintiff"), in the above referenced matter, and Sandra Shapiro, Esq. of Shapiro & Shapiro, LLP is hereby substituted as attorney for Plaintiff; and

IT IS FURTHER HEREBY CONSENTED THAT this substitution may be signed in counterparts, and a facsimile of the signatures shall be deemed as an original signature.

Dated: February 13, 2008

Shapiro & Shapiro, LLP
Incoming Attorney for Appellant
By: _____
    Sandra Shapiro, Esq.
1300 Flatbush Avenue
Brooklyn, N.Y. 11210
(718) 434-8800

Nutovic & Associates
Outgoing Attorney for Appellant
By: _____
    Isaac Nutovic, Esq.
488 Madison Avenue – 16th Floor
New York, New York 10022
(212) 421-9100

SO ORDERED:

_____
Hon. Denny Chin, USDJ

2/14/08