*CHIN, J*

Feb 13 2008 8:01PM   Nutovic & Associates   212-421-8618   P.2

02-13-08;02:38PM;   ; # 2/ 2

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/21/2008
```

Saadia Shapiro, Esq.
Shapiro & Shapiro, LLP
1300 Flatbush Avenue
Brooklyn, N.Y. 11210
(718) 434-8800

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

In re:

MAYWOOD CAPITAL CORP., et al.,

                          Debtors.
-----------------------------------------------------------x

Bankruptcy Appeal

Case No. 08 cv 00942(DC)

## WITHDRAWAL AND SUBSTITUTION OF COUNSEL

IT IS HEREBY CONSENTED THAT, pursuant to Local Rule 1.4, Isaac Nutovic of Nutovic and Associates, hereby withdraws as counsel of record for Appellant, 125th Street Owner LLC ("Plaintiff"), in the above referenced matter, and Saadia Shapiro, Esq. of Shapiro & Shapiro, LLP is hereby substituted as attorney for Plaintiff; and

IT IS FURTHER HEREBY CONSENTED THAT this substitution may be signed in counterparts, and a facsimile of the signatures shall be deemed as an original signature.

Dated: February 13, 2008

Shapiro & Shapiro, LLP
*Incoming Attorney for Appellant*

By: _____
    Saadia Shapiro, Esq.
    1300 Flatbush Avenue
    Brooklyn, N.Y. 11210
    (718) 434-8800

Nutovic & Associates
*Outgoing Attorney for Appellant*

By: _____
    Isaac Nutovic, Esq
    488 Madison Avenue – 16th Floor
    New York, New York 10022
    (212) 421-9100

SO ORDERED:

_____
Hon. Denny Chin, USDJ

2/21/08