UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x
                                          :
In re:                                    :   NOTICE OF SETTLEMENT
                                          :   OF ORDER
MAYWOOD CAPITAL CORP., et al.,            :
                                          :   Bankruptcy Appeal
                    Debtors.              :   Case No. 08 Civ. 00942(DC)
                                          :
------------------------------------------------------x

PLEASE TAKE NOTICE that the within order will be presented to the Clerk of the

Court for settlement at 9:30 a.m. on Tuesday, March 25, 2008.


Dated:  New York, New York
        March 20, 2008

                                        Dreier LLP


                                        By: /s/ John S. Kinzey
                                            John S. Kinzey (JK-4951)
                                            499 Park Avenue
                                            New York, New York  10022
                                            (212) 328-6100

                                            *Attorneys for Appellee*
                                            *John S. Pereira, as Bankruptcy Trustee*
                                            *for Maywood Capital Corp.*


To:   Saadia Shapiro, Esq.
      Shapiro & Shapiro, LLP
      1300 Flatbush Avenue
      Brooklyn, NY 11201
      (718) 434-8800

      *Attorneys for Appellant 125th Street Owner LLC*


{00338050.DOC;}

Laurence May, Esq.
Cole, Schotz, Meisel, Forman & Leonard, P.A.
900 Third Avenue, 16th Floor
New York, New York 10022
(646) 563-8926

*Attorneys for Appellee Irgang Group*

The above parties and Dreier LLP are the parties to be notified of the entry of the proposed order.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
                                                            :
In re:                                                      :   Bankruptcy Appeal
                                                            :   Case No. 08 Civ. 00942(DC)
MAYWOOD CAPITAL CORP., et al.,                              :
                                                            :
                            Debtors.                        :
                                                            :
------------------------------------------------------------x

## ORDER

Appellant 125th Street Owner LLC having appealed from so much of an order (the "Order") entered by the United States Bankruptcy Court for this District on December 20, 2007 as denied a motion to approve certain contracts between appellant and appellee John S. Pereira, as Chapter 11 Trustee ("Trustee"), for the sale of certain real properties; and appellant having sought a stay pending appeal; and the Trustee and appellees Irgang Group having submitted papers in opposition to the request for a stay pending appeal; and appellant and the Trustee having filed their briefs on the merits of the appeal; and the Court having held a hearing on March 14, 2007, and the Court having considered the briefs, the papers filed by the parties on the request for a stay pending appeal, and the oral arguments of counsel presented at the hearing; and the Court having announced its decision on the record of the hearing in open court; and for the reasons set forth on the record of the hearing, which constitute the Court's determination of the appeal, it is hereby

ORDERED, that the application by appellant for a stay pending appeal is DENIED, and it is further

ORDERED that the Order of the Bankruptcy Court is AFFIRMED, and it is further

ORDERED that the Clerk is instructed to enter judgment dismissing the appeal pursuant to Rule 8016(a) of the Federal Rules of Bankruptcy Procedure.

Dated:

_____<br>U.S.D.J.