DREIER LLP
John P. Campo (JC-5241)
John S. Kinzey (JK-4951)
499 Park Avenue
New York, New York 10022
Tel: (212) 328-6100

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x
                                                      :
In re:                                                :
                                                      :   Bankruptcy Appeal
MAYWOOD CAPITAL CORP., et al.,                        :   Case No. 08 Civ. 00942(DC)
                                                      :
          Debtors.                                    :
                                                      :
------------------------------------------------------x

## CERTIFICATE OF SERVICE

I, James Hennessey, certify that I am over eighteen (18) years of age, am not a party to this action, am an attorney licensed by the State Bar of New York and admitted to practice in this Court, and that on March 20, 2008, I caused copies of the Notice of Settlement of Order to be served by hand delivery upon:

> Saadia Shapiro, Esq.                Laurence May, Esq.
> Shapiro & Shapiro, LLP              Cole, Schotz, Meisel, Forman & Leonard, P.A.
> 1300 Flatbush Avenue                900 Third Avenue, 16th Floor
> Brooklyn, New York 11201            New York, New York 10022

I declare under penalty of perjury that the foregoing is true to the best of my knowledge.

/s/ James Hennessey
James Hennessey

{00339675.DOC;}